| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Brisbois, Leo I. | District Court - Minnesota | 05/13/2014 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Magistrate Judge (FT) | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2013 to 12/31/2013 |

**7. Chambers or Office Address**

515 W. First St.
Room 412
Duluth, MN 55802

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Executive Committee Member | National Conference of Federal Trial Judges, Judicial Division, American Bar Association |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 1991 | Retirement Plan with former law firm; no control |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brisbois, Leo I. | 05/13/2014 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2013 | Northern Bridges; employee wages |
| 2. | 2013 | MEDICA; employee wages |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | American Bar Association | February, 2013 | Houston, TX | Attend NCFTJ Exec. Committee 2013 Mid-Year Mtg. | Partial lodging and travel |
| 2. | American Bar Association | August, 2013 | San Francisco, CA | Attend NCFTJ Exec. Committee 2013 Annual Mtg. | Partial lodging and travel |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brisbois, Leo I. | 05/13/2014 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brisbois, Leo I. | 05/13/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Wells Fargo | A | Interest | K | T | | | | | |
| 2. TruStone Financial | A | Interest | L | T | | | | | |
| 3. US Analyst Strategy | | None | K | T | | | | | |
| 4. WT Mid Cap Opps | | None | K | T | | | | | |
| 5. Vang Inst Index Plus | | None | K | T | | | | | |
| 6. Main Stay Balanced Fund (Class 1) | | None | K | T | | | | | |
| 7. Fid Freedom 2030 | | None | L | T | | | | | |
| 8. Fid Freedom 2035 | | None | J | T | | | | | |
| 9. The Growth Fund of America-A | | None | J | T | | | | | |
| 10. The Investment Company of America -A | | None | J | T | | | | | |
| 11. Capital World Growth and Income Fund-A | | None | J | T | | | | | |
| 12. Invesco Charter Fund-B | | None | J | T | | | | | |
| 13. Invesco Mid Cap Core Equity Fund-B | | None | J | T | | | | | |
| 14. Invesco Charter Fund-A | | None | J | T | | | | | |
| 15. Invesco American Franchise Fund-A | | None | J | T | | | | | |
| 16. Invesco American Franchise Fund-B | | None | J | T | | | | | |
| 17. Invesco Global Growth Fund-A | | None | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brisbois, Leo I. | 05/13/2014 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Invesco Global Growth Fund-B | | None | J | T | | | | | |
| 19. Invesco Mid Cap Core Equity Fund-A | | None | J | T | | | | | |
| 20. ING Retirement Conservative Portfolio-A | | None | M | T | | | | | |
| 21. Schwab S&P 500 Index FD | | None | J | T | | | | | |
| 22. Fundamental Investors SM(F-1) (American Funds) - 7109 | | | | | Buy | 05/09/13 | K | A | |
| 23. ING Russell TM Large Cap Value Index Portfolio (S)-2711 | | | | | Buy | 05/09/13 | J | A | |
| 24. Fidelity Advisor New Insights Fund (T)-2170 | | | | | Buy | 05/09/13 | K | A | |
| 25. ING Baron Growth Protfolio - Adviser Class-442 | | | | | Buy | 05/09/13 | J | A | |
| 26. ING JP Morgan Mid-Cap Value Portfolio (A)-441 | | | | | Buy | 05/09/13 | J | A | |
| 27. ING Russell TM Small Cap Index Portfolio (A)-1502 | | | | | Buy | 05/09/13 | J | A | |
| 28. EuroPacific Growth Fund (F-1) (American Funds)-2035 | | | | | Buy | 05/09/13 | J | A | |
| 29. ING Templeton Foreign Equity Portfolio (A)-1587 | | | | | Buy | 05/09/13 | J | A | |
| 30. ING Intermediate Bond Portfolio (A)-8479 | | | | | Buy | 05/09/13 | J | A | |
| 31. Loomis Sayles Strategic Income Fund - Class A-1938 | | | | | Buy | 05/09/13 | K | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brisbois, Leo I. | 05/13/2014 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*



Part VII, Line 3 - Change within ▬▬ 401K former employer savings plan from EB Diversified Stock to US Analyst Strategy.

Part VII, Line 9 - Change within ▬▬ Roth IRA from the Growth Fund of America-B to the Growth Fund of America-A.

Part VII, Line 10 - Change within ▬▬ Roth IRA from the Investment Company of America-B to the Investment Company of America-A.

Part VII, Line 11 - Change within ▬▬ Roth IRA from Capital World Growth and Income Fund-B to Capital World Growth and Income Fund-A.

Part VII, Line 15-16 - Changes within ▬▬ Invesco Mutual Fund from Invesco Constellation Fund-Class A to Invesco American Franchise Fund-Class A and from Invesco Constellation Fund-Class B to Invesco American Franchise Fund-Class B.

Part VII, Lines 22-31 - new due to rollover of former profit-sharing blind trust controlled by former employer into ING mutual fund custodial account 5/9/13.

| Name of Person Reporting | Date of Report |
|---|---|
| Brisbois, Leo I. | 05/13/2014 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Leo I. Brisbois**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544